IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01028-WYD-MJW

PENNY TULLOCK,

    Plaintiff,

v.

LIFE QUALITY HOMES;
JOHN SHONEWILL, Owner/President; and
LISA SHONEWILL, Vice President,

    Defendants.

## ORDER OF DISMISSAL

    The parties filed a Stipulation for Dismissal with Prejudice [# 22] on August 17, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay her, his, or its own costs and attorney's fees.

    Dated:  August 21, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge